**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MADDA DOUBERLEY,
    Plaintiff,

vs.                                  CASE NO. 8:06-CIV-1844-T-17-EAJ

BURGER KING CORPORATION,
et al.,
    Defendants,
_____/

**ORDER**

    This cause is before the Court on the defendant, Burger King Corporation's, motion to dismiss Count V of the second amended complaint (Document 18). The plaintiff was given up to June 8, 2007, in which to show cause why the motion should not be granted. The plaintiff failed to respond to the show cause order. Accordingly, it is

    **ORDERED that** Burger King Corporation's motion to dismiss Count V of the second amended complaint (Document 18) be **granted** and Count V is dismissed from the second amended complaint.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of June, 2007.



Copies to: All Parties and Counsel of Record