**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MADDA DOUBERLEY,
        Plaintiff,

vs.                                                   CASE NO. 8:06-CIV-1844-T-17-EAJ

BURGER KING CORP., et al.,
    Defendants.
                                                    /

## ORDER ADOPTING REPORT AND RECOMMENDATION

        This cause is before the Court on the report and recommendation (R&R) issued by

Magistrate Judge Elizabeth A. Jenkins on July 31, 2007 (Docket No. 20).  The magistrate

judge recommended that the Court grant the motion to dismiss for want of prosecution

(Docket No. 21) in part and to deny it in part and to dismiss all the unserved defendants,

leaving Burger King Corporation as the only defendant,  Further, the R&R recommends

directing the parties to confer and file an amended case management report within twenty

(20) days of this order.

        Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District

of Florida, the parties had ten (10) days after service to file written objections to the proposed

findings and recommendations, or be barred from attacking the factual findings on appeal.

**Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc).  No timely objections to the

report and recommendation have been filed.

## STANDARD OF REVIEW

        When a party makes a timely and specific objection to a finding of fact in the report

and recommendation, the district court should make a de novo review of the record with

respect to that factual issue.  28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980);

CASE NO. 8:04-CIV-922-T-17

**Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation, dated July 31, 2007 (Docket No. 30) be **adopted** and **incorporated by reference**; the motion to dismiss for want of prosecution (Docket No. 21) is **granted** in part and **denied** in part. All the unserved defendants are **dismissed** without prejudice, leaving Burger King Corporation as the only defendant, Further, the parties are **directed** to confer and file an amended case management report within twenty (20) days of this order.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 5th day of September, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge